Richard R. Barker
United States Attorney
Eastern District of Washington
Bree R. Black Horse
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 13 2025

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | **1:25-CR-2064-MKD** |
| Plaintiff, | INDICTMENT |
| v. | Vio: 21 U.S.C. § 841(a)(1), (b)(1)(C) Possession with Intent to Distribute a Mixture or Substance Containing Cocaine (Count 1) |
| JOSE CAUDILLO-ASCENCIO, and JESUS CAUDILLO | |
| Defendants. | 18 U.S.C. § 924(c)(1)(A)(i) Possession of a Firearm in Furtherance of a Drug Trafficking Crime (Count 2) |
| | 18 U.S.C. §§ 922(g)(1), 924(a)(8) Felon in Possession of a Firearm (Count 3) |
| | 21 U.S.C. § 853, 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c) Forfeiture Allegations |

INDICTMENT – 1

The Grand Jury charges:

COUNT 1

On or about May 8, 2025, in the Eastern District of Washington, the Defendant, JOSE CAUDILLO-ASCENCIO, knowingly possessed with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C).

COUNT 2

On or about May 8, 2025, in the Eastern District of Washington, the Defendant, JOSE CAUDILLO-ASCENCIO, did knowingly possess a firearm, that is: a Glock 19 9mm pistol bearing serial number BUCB946, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: Possession with Intent to Distribute Cocaine, in violation of 21 U.S.C. § 841(a), (b)(C), as charged in Count 1, all in violation of 18 U.S.C. § 924(c)(1)(A)(i).

COUNT 3

On or about May 8, 2025, in the Eastern District of Washington, the Defendant, JESUS CAUDILLO, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit: an Amado Rossi .38 Special with an obliterated serial number, which firearm had theretofore been

INDICTMENT – 2

shipped and transported in interstate and foreign commerce, all in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations set forth in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 835, upon conviction of an offense in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C), Possession with Intent to Distribute a Mixture or Substance Containing Cocaine, as set forth in this Indictment, the Defendant, JOSE CAUDILLO-ASCENCIO, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense. The property to be forfeited includes, but is not limited to:

- an Amado Rossi .38 Special with an obliterated serial number; and,

- any and all accessories and ammunition

Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), upon conviction of an offense(s) in violation of 18 U.S.C. § 924(c)(1)(A)(i), Possession of a Firearm During and In Relation to a Drug Trafficking Crime, and/or in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8), Felon in Possession of a Firearm, as set forth in this Indictment, the Defendants, JOSE CAUDILLO-ASCENCIO and JOSE

INDICTMENT – 3

CAUDILLO-ASCENCIO shall forfeit to the United States of America, any firearms and ammunition involved or used in the commission of the offense, including, but not limited to:

- an Amado Rossi .38 Special with an obliterated serial number;

- a Glock 19 9mm pistol bearing serial number BUCB946; and,

- any and all accessories and ammunition

DATED this 13 day of May 2025.

A TRUE BILL



Foreperson

Richard R. Barker
Acting United States Attorney

Bree R. Black Horse
Assistant United States Attorney

INDICTMENT – 4